# ELECTRONIC RECORD



COA # 01-13-00824-CR     OFFENSE: ROBBERY

STYLE: MCCOY, GARRISON CHRISTOPHER    COUNTY: Harris

COA DISPOSITION: AFFIRM     TRIAL COURT: 230th District Court

DATE: 10/16/2014     Publish: NO    TC CASE #: 1397913

## IN THE COURT OF CRIMINAL APPEALS

STYLE: MCCOY, GARRISON CHRISTOPHER v.     CCA #: 1510-14

APPELLANT'S _____ Petition     CCA Disposition: _____

FOR DISCRETIONARY REVIEW IN CCA IS:     DATE: _____

DISMISSED AS UNTIMELY     JUDGE: _____

DATE: 12/17/2014     SIGNED: _____     PC: _____

JUDGE: Per Curiam     PUBLISH: _____     DNP: _____

-----------------------------

_____ MOTION FOR

REHEARING IN CCA IS: _____

JUDGE: _____

**ELECTRONIC RECORD**